# COLLECTIVE BARGAINING AGREEMENT

## Between

## Advanced Metal Technologies

### Jeffersonville, Indiana

## And

## International Association of Machinists and Aerospace workers
## AFL-CIO-

## And

## Members of  LODGE 681 through its DISTRICT 27, of the INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO

### Effective date of signing until cancelled by the Company.

EXHIBIT

tabbies

24

## AMT Mission Statement

**Advanced Metal Technologies ( AMT)** is committed to employing people of the highest character who possess the talent and commitment to enable AMT to be a truly unique organization by driving beyond its customer's expectations. A supplier-partner who brings an experienced blend of manufacturing and distribution, focusing on the strengths of both, and committing itself to providing highly engineered, quality/innovative products by its dedication to continuous improvement in all its systems and processes.

## AMT CORPORATE VALUES

To assist in the effort of continuous improvement, AMT enthusiastically encourages these Corporate values be followed and embraced:

| | |
|---|---|
| HONESTY: | Never Cheat. |
| OPTIMISM: | Be the most positive and enthusiastic person you know. |
| INTEGRITY: | Keep your promises. |
| COMPASSION: | Businesses cannot operate without caring. |
| ENTHUSIASM: | Commit passion to the cause, knowing that passion is the power which creates new life, new joys, and new accomplishments for everyone. |
| DEDICATION: | Urge yourself and others on. Be unwilling to settle for less than the highest to which you are called. |
| PASSION: | The world will make way for someone who knows what he or she wants, because there is not much competition when it comes to passionate commitment. |
| FOCUS: | Know from where you came and where you are going. Have a plan. |
| MORALITY: | Do the right and courageous thing, regardless of what others believe. |
| OPPORTUNITY: | Blessings masquerade as problems. |
| FAIRNESS: | All are equals with equal rights and responsibilities. |
| DIRECTNESS: | Be a transparent leader. Be open and honest with others is a strength. |
| GROWTH: | Be more bold than you were yesterday; be less bold than you will be tomorrow. Do the bold things which result in action. |
| TRUST: | Demonstrate trust through delegations of authority. |
| EFFORT: | Do the difficult things, realizing that you will learn and be stronger because of them. |
| CREATIVITY: | See things differently and be willing to look at situations in new and enlivening ways. |
| FLEXIBILITY: | Change the unit of measurement; do not accept old standards which only serve to limit and repress potential. |
| PRIORITY: | Serving employees and their families by establishing a work environment and company policies which build character and strengthen all. |
| HONOR: | Honor God in all you do. |

## QUALITY STATEMENT

Two key goals of our business are the production of quality goods at a reasonable cost and the offering of a quality service. Customers will not buy products that are not of good quality and accompanied by good service. Customers are needed to provide employment for each of us. AMT has an established reputation as a manufacturer of high quality, precision products and services. It is essential that we maintain this position. Therefore, it is important to us all that we do our part to make the best quality product possible and provide the best service possible. Each job has its own quality requirements. Failure to observe them can easily ruin the product. It is everyone's responsibility to learn the quality requirements of his/her job and observe them faithfully.

AMT Quality Policy value statement: **Excellence in Quality is our trademark.**



Introduction

This agreement of understanding has been acknowledged as of the date entered by the signatories here to, by and between Advanced Metal Technologies of Indiana, Inc., hereinafter referred to as "AMT" or the 'Company" or the "Management" ,and the employees and the work force at 100 Technology Way Jeffersonville Indiana form the Louisville Metropolitan Area( hereafter referred to as "Employee" or collectively as "Employees" or Collective Bargaining Union (CBU) and KENTUCKY LODGE 681 through its DISTRICT 27, of the INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, hereinafter referred to as the "Union" or "IAM".



4

# ARTICLE1
## Management Exclusive Rights and Authority

1.1. The Management of AMT will be setting the policies, working rules, employment guidelines and procedures and all other conditions of employment as required by law. This is a new Company, not a successor to any prior company or agreement, and this is an entirely new first time agreement so there are no prior agreements, past practices, or prior conditions established. As discussed we will be preparing and implementing an Employee Handbook which will include but not be limited to the following management exclusive rights:

- To manage and supervise its business and employees; to direct, plan, control, relocate, sell and or cease operations; to determine the work to be performed, the persons to perform it, including the Company's right and discretion to determine the method, location, and manner of performing necessary work.
- To hire, promote, demote, lay-off, and recall employees; to discipline, suspend, and discharge employees as necessary for the good of the operations.
- To introduce new, improved, or otherwise changed methods of machinery and performance; and to establish quality and quantity production standards and establish safety requirements.
- The Company will continue to make additions and modifications to the management rights clause as long as we cannot come to agreement. Fair warning. The quicker we can come to agreement will limit the necessity for clarification of this clause. The longer and more difficult the negotiations, the more clarity the Company believes this clause will require.

1.2 The Employer retains the exclusive right to manage the business and the plant and to direct the workforce. All other rights and responsibilities are solely retained by the Employer are hereby recognized by all parties to this Agreement, including but not in any way limited to the following :

1.2.1 the right to hire, fire, supervise, promote, transfer, re-assign,, determine the work to be performed, the persons to perform it, demote, lay-off, and recall employees, require overtime, discipline, suspend or discharge, the right to assign or reassign employees and to combine jobs, to increase or decrease the scope of a job assign, number of machines, or other production and quality requirements. No employee shall be disciplined, discharged, suspended without pay, or otherwise for arbitrary reasons. the right to assign or reassign employees and to combine jobs;

1.2.2 the right to release employees for lack of work and the right to determine the extent the plant shall operate, the hours of work, the shift schedule and length of each shift or no shift;

1.2.3 the products to be supplied, or manufactured; how they are manufactured, and when and the method of manufacturing, the scheduling of production and the methods and the

process of manufacturing; the right to contract work out or to purchase complete parts, components or assemblies; direct, plan, control, relocate, sell, or cease operations; assess and determine the needs of its operations, including moving the plant or any of its parts to other areas, subleasing space or equipment to other related or independent operations, and the types and amount of work to be handled at each and all of its operations

1.2.4 establish safety, order, and reporting requirements to maintain a safe and efficient operation; to modify processes, procedures; prior practices necessary to accomplish improved safety or work toward that goal.

1.2.5 The parties agree that working supervision is necessary to the efficiency and productivity of the Company's business, it may be necessary at times for salaried, supervisor or management to perform any AMT work at any time.

1.2.6_The Company will have the right to decide whether to contract out any work that is necessary to successfully perform its business activities.

1.2.7 The Employer reserves the unrestricted right to suspend or curtail the operation of the plant, and to discontinue departments in whole, or in part, whenever in its judgment, conditions warrant such suspension, curtailment or discontinuance. Insofar as practicable, advance notice shall be given to the employees of such action.

12.8 The Company has the right to institute, change, modify, or eliminate production operating guidelines, work rules, policies, benefits, practices, procedures, and regulations relating to the operation of the plant and the conduct of employees, or such other Management Rights consistent with the intent of this Article;

1.2.9 the right to establish reasonable quality standards for inspection, require increased quality levels, change quality standards as AMT feels necessary for the customers satisfaction, to set, change, modify any quality or performance requirements, production standards, piece work, productivity requirements, or work measurement accountability;

1.2.10 Except as specifically abridged, delegated, granted or modified by this Agreement, all of the rights, powers, prerogatives and authority the Company had prior to the execution of this Agreement are retained by the Company and remain exclusively within the rights of management and AMT.

## ARTICLE 2
## TO BE DETERMINED IF INCLUDED
### Upon supportive documentation info request c001

### Recognition and Representation

**2.1:** The Company, the Union, and all of AMT's employees recognize that the State of Indiana is a Right to Work State and that no employee is required to join a union or pay union dues to work at AMT. No employee is contracted to continue to work against their will, and that they have the right to terminate their relationship at will. That is their right.

2.2 The company also has the right to terminate the employer/employee relationship at will. That is the Rights of both parties in a Right to Work State. However the Company will grant to the IAM certain limited rights of union representative successorship based on the fact that certain past employees of another employer at this same location previously chose, to act as the sole and exclusive representative of the dues paying members of Lodge 681 through its District 27 of the IAM of the Employer, excluding office employees, administrative, shipping-receiving, outside sales, quality, and all supervisory and salaried employees, for the purpose of collective bargaining with respect to wages, rates of pay, hours of employment, and the adjustments of breach of this agreement which may arise between the parties.



7

**3.1: Probationary 90 day evaluation** required for all employees. No pay review. Benefits and insurance is available to all full time employees after completion of their probationary period. The Company may extend the probationary period for an additional 60 days in lieu of separation of an employee at management discretion. The employee will have a formal review explaining why and what needs to be improved to pass probation.

**3,2 Direct Deposit** of payment will be implemented for all employees. Electronic paychecks will be available for the employees at no cost to the employee.



**ARTICLE 4.0**
**Work Day, Work Week, Overtime**

**4.1**   The normal workweek begins with the start of the Sunday evening regular shift and consists of forty (40) hours.  The normal workday will include an unpaid meal period of 30 minutes.

**4.2**   Supervisors will assign overtime to employees in the particular job for which overtime is required.  Employees are not permitted to begin work early before their shift or to work overtime without the prior approval of their supervisor and the plant or operations manager.  For the purpose of overtime compensation, only hours actually worked in excess of forty (40) hours during a workweek will be counted.  There is no pyramiding of overtime and/or premium pay.  The opportunity to work unscheduled weekend work will be offered to qualified employees at the Company's discretion and on the shifts where and when the work is to be performed and the jobs to be worked.  It is agreed that when it is necessary to meet commitments to customers, the Company can select any employee to work overtime.  Consideration shall be given to employees with respect to job familiarization, qualifications, performance, quality, and seniority in accordance with overtime rules.  The Company will expect full cooperation from employees and the employees agree to give full cooperation to meet customer production requirements at all times.

**4.3**   The Company will pay double time for Sunday work outside the normal workweek.

**4.4**   Attendance at meetings and training programs during working hours will be considered hours worked only if attendance is required by AMT management.

**4.5**   Clocking in or out for another employee or falsifying any time records is prohibited and may be grounds for disciplinary action, up to and including termination.

**4.7**   A shift of eight (8) consecutive hours or as from time to time as established by the Company, inclusive of a thirty (30) minute non-paid lunch period, shall constitute a normal work day.  The Company shall also provide company paid two (2) break periods of ten (10) minutes each.

4.8  Shift differential for second shift shall be _____

4.9  Shift differential for third shift shall be _____

.

ARTICLE 5
**Holidays**

**5.1 :** AMT Employees, after satisfactory graduation from probation, are eligible and to be considered for holiday pay must work the regularly scheduled day before and the regularly scheduled day after a holiday, unless absent due to pre-approved vacation. Holiday pay shall be for eight (8) hours straight time. It is important to work the day leading into a holiday and day after a holiday to meet our customer's requirements timely. Employees which work both the day before and after the schedule work days shall receive a paid holiday.

The Company provides the following days off with pay



1. New Year's Day
2. Memorial Day
3. Fourth of July
4. Labor Day
5. Thanksgiving Day
6. Day Following Thanksgiving
7. Christmas Eve
8. Christmas Day
9. New Year's Eve

# ARTICLE 6
## Paid Time Off (PTO)

**6.1:** Each employee who has been in the continuous service of the Company for one (1) year but less than three (3) years will receive one (1) week's PTO with pay

**6.2 :** Each employee who has been in the continuous service of the Company for three (3) years but less than ten (10) years will receive two (2) weeks PTO with pay

**6.3 ):** Each employee who has been in the continuous service of the Company for ten (10) years but less than twenty (20) years will receive three (3) weeks PTO with pay.

**6.3:** Each employee who has been in the continuous service of the Company for twenty (20) years or longer shall receive four (4) weeks PTO with pay

6.4  PTO  pay shall be the appropriate hours at the employee's current base hourly rate of pay.

6.5  A full work year of service  totals 2,080 work or equivalent hours are required for full PTO benefits. However, work hours shall include all regular hours worked, all overtime hours worked at straight time hours, all PTO hours taken, all holiday hours taken, all bereavement hours taken, all jury duty hours taken, and all other Company authorized paid time off.   For employees with less than 2,080 work hours, as defined herein, the employee shall receive a pro rata PTO benefit based on the number of work hours accrued during the preceding 12-month PTO calculation period divided by 2,080 hours

**ARTICLE 8.0**
**Merit Pay For Performance**
**Wages and Classifications**

**Pay for Performance:** AMT believes in setting pay rates for superior performance. Each employee will have an initial rate as set by management and will be subject to individual performance reviews annually by their supervisor(s). Each employee shall receive an annual review. However, pay increases are not automatic but are subject to individual merit and performance.

8.1 Annual Evaluation: - On or about the anniversary date of the Agreement, each employee who has completed one year of employment will receive a Merit Pay and Performance evaluation. Based on the results of the merit and performance evaluation, the employee will be considered for an increase but there is no guarantee of a pay increase. AMT uses a Merit Pay and Performance Evaluation system which bases compensation on individual performance issues including but not limited to: production performance, employee efficiency, quality levels, scrap levels, attendance, and other similar rating characteristics. The amount of the increase, if any, will be at the discretion of supervision and management and the Company.

8.2    Starting Wage Rates: New Employees hired into AMT positions after the effective date of the Agreement will receive a start rate consistent with the wage scales set forth below, at the Company's discretion. The Company will determine the new employee's starting "Operator Grade" based on its assessment of the skills and experience level of the new hire.

The minimum hourly rate for each classification shall be:

**Effective Minimum Hourly Rates**

As of Agreement Start date

| | |
|---|---|
| Journeyman | $16.00 |
| Operator (Production Workers, maintenance, assemblers) | 8.00 |

Base rate increases as follows: Individual Merit-Pay-for-Performance Evaluations

## ARTICLE 9.0

### BENEFITS

The Company has made available to active full time employees an attractive comprehensive Benefits program. AMT works very hard to provide our employees with benefit options that are affordable while at the same time protecting their health as well as their long term investment opportunities. We understand that benefits are often as important as the wages we provide to our employees. That's why we carefully review and implement a complete benefits package that will give our employees the comfort that they are working with a company who values long term employment.

This agreement only references the benefits and does not spell out the detailed plans, for example, the detailed Health benefit with our provider, the detailed 401k Plan with our provider, or other plan documents. Actual plan documents will in all cases control. In their overall substance and totality these guiding benefits will not be modified if at all possible. However, Benefits may change slightly and are not a fixed entitlement related to the term of this agreement. The Company will give the Union advance notice of any anticipated changes and will discuss such changes upon request.

AMT recognizes the responsibility to provide a secure environment for its employees and takes this responsibility very seriously. AMT will provide as much notice of changes taking place in its Benefits Administration as reasonably possible and will endeavor to keep all employees fully informed and advised of any changes.

9.1     Should a conflict arise between this agreement and plan documents or changes in the health coverage available, the insurance contract and plan documents will prevail. This agreement only references the benefits and does not spell out the detailed plans, for example, the detailed Health benefit with our provider. Actual plan documents, except as modified by this Agreement, will in all cases control. Benefits may change slightly and are not a fixed entitlement related to the term of this agreement. The Company will give the Union a minimum 30 day advance notice of any anticipated changes in benefits, coverage, requirements, costs and will discuss such changes upon request from the Union.

**9.3**     Health and Dental Benefits: As determined by the company , when administratively possible, these two benefits may be split and offered separately in the future to improve the employees choice at options. In the future, Employees can opt for both health care and dental benefits or only health care benefits or only dental benefits or neither benefit.

9.4     Eligibility Requirements: Health and Dental are available the first day of employment after probation, if enrolled by employee, and ends at midnight on the day separation This will be available through a purchase option via the company's COBRA administrator

9.5     Health and Dental Coverage. Health benefits are provided for full time employees on a cost sharing basis Health care costs at AMT are shared with the employee on a 50/50% basis

13

| **YOUR COST:** Weekly | 2012<br>Total Cost | Employee<br>50%/50% Costs |
|---|---|---|
| **Option A** | | |
| Single: | $115.00 | $57.50 |
| Employee +1: | $200.00 | $ 100.00 |
| Family (3 or more) | $235.00 | $115.00 |

[ NOTE FOR DRAFTING AGREEMENT ACTUAL CURRENT RATES TO BE SUPPLIED ]

9.6  A full work year of service  totals 2,080 work or equivalent hours are required for full vacation benefits. However, work hours shall include all regular hours worked, all overtime hours worked at straight time hours, all PTO hours taken, all holiday hours taken, all bereavement hours taken, all jury duty hours taken, and all other Company authorized paid time off.  For employees with less than 2,080 work hours, as defined herein, the employee shall receive a pro rata vacation benefit based on the number of work hours accrued during the preceding 12-month vacation calculation period divided by 2,080 hours.

**9.5  Life and AD&D Insurance Premium:** Fully paid by at one times the employees prior 12 months annual compensation subject to the limitations and control of the insurance documents which may change from year to year.  Insurance begins on day of employment after probationary period  if enrolled by employee and ends on day of separation.  This benefit is only for full time active employees and not available on layoff or leave of absence.

**9.6  Voluntary Insurance Benefits** will be made available at 100% employee cost:
Short Term Disability
Long Term Disability
Additional levels of Life Insurance

14

## ARTICLE 12.0
## Indiana Right To Work State

**12.1:** The Union agrees that, during the term of this Agreement, neither it nor its officers or employee members, committeepersons, or agents will authorize, instigate, condone or engage in any work stoppage, strike, slowdown, sickout, or any other action which will interrupt or interfere with the operation of the Employer, its customers or suppliers in any awy.  Any such action is a breach of this agreement in its entirety and if so breached the parties agree that this agreement will be void and moot in its entirety.  Any known violation or discussion of such a violation of this article, work slowdown, or stoppage will immediately be reported to the Company consistent with this Agreement.

**12.2:** No employee, during the term of this Agreement, shall cause, instigate, participate in, or encourage any work stoppage, strike, slowdown, picketing, demonstrations, or any other action which interrupts or interferes directly or indirectly with the operations of the Employer.  Any employee performing or participating in any of the acts forbidden by this Section may be disciplined or discharged by the Employer at its discretion and such penalty of discipline or discharge shall not be reviewable or changed under this Agreement.

12.3    Indiana is a Right-To-Work state and employees and Company may continue employment at will.



15

## ARTICLE 13.0
## Shop Committee

No employee covered by this Agreement shall be intimidated or discriminated against because that employee is not joining a union. All employees shall be treated fairly and justly by the Company, IAM, Shop Committee members and/or any of its representatives. The elected Union Shop Committee duly elected by all CBA members shall be afforded such unpaid time as necessary to perform the duties directly associated with this Agreement which shall not interfere with production or efficiency of AMT operations in any manner.

At no time will the company pay for Union activities, meetings, or union activity during company paid time for any employee. The company only makes money by paying for production work being done. If the union wants its work to be performed, it should pay its employees. Union activities should not interfere with any production activities or workers of AMT.

AMT will not pay for employees on the union bargaining committee and the Union will not pay for employees of the Company who meet for contract negotiations or activities associated with this agreement. Meetings may be held on the Company premises at Company digression or a different location shall be mutually agreed upon by the Company and Union. In the event joint costs are incurred (excluding meals) as a result of meeting at another location, those costs shall be shared equally for only such joint costs and all other costs incurred shall be paid by the respective party incurring the cost. At no time should the Union or Company pay for the others bargaining costs or expenses for any reason whatsoever.

Article 14.00

Breach of Agreement



# ARTICLE 15.0

## RETIREMENT PLAN

ELIGIBILITY REQUIREMENT: On the First day of each calendar quarter following date of hire the employee may enroll.

The Company will match 25% of each dollar you put into your 401k up to a maximum of 8% of your pay.

Vesting:

| Years of Service | % Vested (Company Match Portion ) |
|---|---|
| Less than 2 | -0-% |
| 2 | 20% |
| 3 | 40% |
| 4 | 60% |
| 5 | 80% |
| 6 | 100% |

## ARTICLE 16.0
### General Welfare

The officers of the Union and the employees covered by this Agreement agree to use all proper, sound, and logical reasoning to better the business of the Company.



## ARTICLE 17.0
## General Provisions

The Parties will comply with all state and federal regulations and will educate and familiarize the employees as required by state or federal law.



## ARTICLE18.0
## Bereavement Pay

Any employee who has completed his probationary period, and is absent from work because of death in his immediate family (immediate family consists of: Employee's legal spouse, child, step child, mother, father, grandparents, brother, sister or grandchildren), is eligible for bereavement pay for lost wages if any for lost time away from work only if falling on work days. Monday through Friday (not to exceed eight (8) hours in any one day), because of said death, under the following terms and conditions:

(a)    Absence shall be from work if scheduled the day of the funeral and one (1) day preceding or one (1) day following the day of the funeral.

(b)    Notice of such death shall be given by the employee to their Supervisor prior to payment . Employee shall verify relationship for payment.

(c)    No pay allowance shall be granted in cases where the employee does not attend the funeral of the deceased.

The payment rate for bereavement time will be calculated at the employee's current hourly rate.

## ARTICLE 19.0

**See packet of work rules and guidelines supplied to IAM 2/9/12**

**Also See Production Operating Guide 07/19/12**

**Additional items and guidelines will be prepared consistent with the mgt rights clause**



## ARTICLE 20.0
## Attendance Control Policy

### AMT Attendance Guidelines

Absenteeism affects your commitment to AMT and places an unnecessary burden on fellow team members. Recognizing there are instances where AMT team members must be absent from work, the following guidelines have been established to discourage absenteeism and to encourage regular attendance.

All absences must be reported immediately to your supervisor or to the production manager of AMT who will record the absence.

Absences that will be entered into the record as excused are:

1. Bereavement Leave
2. Military Leave
3. Jury Duty
4. Approved PTO
5. Work related injury (if authorized by occupational physician)
6. Approved Leave of Absence including Family and Medical Leave (more than three (3) days)
7. Court ordered appearance with documentation provided team member reports to work for the hours not required to be in court.
8. Pre-approved doctor's appointments that occur during an employee's shift provided employee returns to work and submit completed signed documentation of the time appointment began and the time appointment ended. Failure to provide this documentation to supervisor within 24 hours of return to work will result in points being assessed.

All other absences will receive the following points:

Absence – 1 Point
Late or leave early less than 1 hour -1/2 point
Late or leave early more than 1 hour – 1 point
Late call in (after start of shift) – ½ point

Consecutive absences of more than one day, with approved supporting documentation will be counted as one (1) point. Two (2) consecutive absences without calling in will be considered a voluntary termination of employment.

Excessive absenteeism and/or tardiness    are considered part of the disciplinary action process. Absences as set forth above will be addressed with the following disciplinary action:

| | |
|---|---|
| 3 total points | Documentation of Conference |
| 4 total points | Written Verbal Reprimand |

| | |
|---|---|
| 5 total points | Written Reprimand |
| 6 total points | Termination of Employment |

Absenteeism is monitored and charged on a rolling twelve (12) month basis. Points will be removed on the one year anniversary date the point was received. In addition, team members that receive no points for six (6) consecutive months will have the oldest point removed from their attendance record.



## Drug and Alcohol Program 21.0

The Company and the Union recognize that drug and alcohol abuse are major problems in today's society. It is further recognized that drug and alcohol abuse have adverse impact on productivity, efficiency, job performance and workplace safety. The Company and the Union agree to work jointly toward the resolution of this problem as it affects our work environment.

See 2/9/12 policy for additional details



**TA'd**

     **Company  RRW 02/09/2012**
     **Union** _____

**ARTICLE 23.0**
**Duration**

     THIS AGREEMENT shall become effective on the date signed  by the parties below  and shall remain in full force and remain in effect until given 60 days notice by either party.  At the end of said period and at the end of each yearly period thereafter, this agreement shall be renewed automatically for periods of one (1) year unless either party gives written notice of a desire to modify, amend or terminate same at least sixty (60) days prior to the yearly effective date of this Agreement.

     This written Agreement constitutes the entire Agreement between the Company and the Union and supersedes and replaces any and all obligations, past practices, and agreements, whether written or oral, or expressed or implied between or concerning the employees and the Company. Any amendment, modifications, or addition must be reduced to writing and duly executed by the parties to be effective and verbal or unilateral actions shall not become a part of this agreement.

     **IN WITNESS WHEREOF:**  The parties hereto have hereunto set forth their signature:

**Advanced Metal Technologies of Indiana, Inc.**


_____
General Manager


_____
Business Manager


For the Union Members employed at AMT
**KENTUCKY LODGE 681 THROUGH ITS DISTRICT 27 OF THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO**


_____
International Association of Machinists and Aerospace  Workers, AFL-CIO


_____
By /s/ Billy E. Stivers, Sr.

BUSINESS REPRESENTATIVE


_____
Irwin Cutler, Esq.
Chief Negotiator for the IAM

Company position on Negotiations:

Company proposals are DRAFT proposal and are subject to modification and change, addition or deletion, at any time during or after any negotiation session. No Company DRAFT is final or agreed until a final complete agreement is prepared, agreed, finalized, and signed and dated by all parties. All prior Company positions, verbal or in writing are negotiations, proposals, drafts, suggestions, concepts, and ideas are subject to change, modification or removal or deletion. TA's, Temporary Approvals, are only a temporary effort to assist and facilitate rapid negotiations. TA's are merely more DRAFTs and are subject to the totality of any complete and final agreement and signatures of all the parties. Everything is subject to change until a final agreement is signed.



Company Proposal 001 December 5, 2011
Company Proposal 002 February   9, 2011
Company Proposal 003 July 24, 2012