# 092012 Company Comprehensive Agreement Proposal –CleanVersion Provided to Union on 091412

EXHIBIT

30

## ARTICLE 1.0

## COLLECTIVE BARGAINING AGREEMENT

Between

Advanced Metal Technologies of Indiana, Inc.

Jeffersonville, Indiana

And

Employees of the Collective Bargaining Unit with AMT
at 100 Technology Way Jeffersonville, Indiana

And

International Association of Machinists and Aerospace workers
AFL-CIO-
LODGE 681 through its DISTRICT 27, of the INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE WORKERS, AFL-CIO

## AMT Mission Statement

**Advanced Metal Technologies ( AMT)** is committed to employing people of the highest character who possess the talent and commitment to enable AMT to be a truly unique organization by driving beyond its customer's expectations. A supplier-partner who brings an experienced blend of manufacturing and distribution, focusing on the strengths of both, and committing itself to providing highly engineered, quality/innovative products by its dedication to continuous improvement in all its systems and processes.

## AMT CORPORATE VALUES

To assist in the effort of continuous improvement, AMT enthusiastically encourages these Corporate values be followed and embraced:

| | |
|---|---|
| HONESTY: | Never Cheat. |
| OPTIMISM: | Be the most positive and enthusiastic person you know. |
| INTEGRITY: | Keep your promises. |
| COMPASSION: | Businesses cannot operate without caring. |
| ENTHUSIASM: | Commit passion to the cause, knowing that passion is the power which creates new life, new joys, and new accomplishments for everyone. |
| DEDICATION: | Urge yourself and others on. Be unwilling to settle for less than the highest to which you are called. |
| PASSION: | The world will make way for someone who knows what he or she wants, because there is not much competition when it comes to passionate commitment. |
| FOCUS: | Know from where you came and where you are going. Have a plan. |
| MORALITY: | Do the right and courageous thing, regardless of what others believe. |
| OPPORTUNITY: | Blessings masquerade as problems. |
| FAIRNESS: | All are equals with equal rights and responsibilities. |
| DIRECTNESS: | Be a transparent leader. Be open and honest with others is a strength. |
| GROWTH: | Be more bold than you were yesterday; be less bold than you will be tomorrow. Do the bold things which result in action. |
| TRUST: | Demonstrate trust through delegations of authority. |
| EFFORT: | Do the difficult things, realizing that you will learn and be stronger because of them. |
| CREATIVITY: | See things differently and be willing to look at situations in new and enlivening ways. |
| FLEXIBILITY: | Change the unit of measurement; do not accept old standards which only serve to limit and repress potential. |
| PRIORITY: | Serving employees and their families by establishing a work environment and company policies which build character and strengthen all. |
| HONOR: | Honor God in all you do. |

## <u>QUALITY STATEMENT</u>

Two key goals of our business are the production of quality goods at a reasonable cost and the offering of a quality service. Customers will not buy products that are not of good quality and accompanied by good service. Customers are needed to provide employment for each of us. AMT has an established reputation as a manufacturer of high quality, precision products and services. It is essential that we maintain this position. Therefore, it is important to us all that we do our part to make the best quality product possible and provide the best service possible. Each job has its own quality requirements. Failure to observe them can easily ruin the product. It is everyone's responsibility to learn the quality requirements of his/her job and observe them faithfully.

AMT Quality Policy value statement:  **Excellence in Quality is our trademark.**

ARTICLE 2.0

## Introduction

This agreement of understanding has been acknowledged as of the date entered by the signatories here to, by and between Advanced Metal Technologies of Indiana, Inc., hereinafter referred to as "AMT" or the 'Company" or the "Management" ,and the employees and the hourly work force at 100 Technology Way Jeffersonville Indiana ( hereafter referred to as "Employee" or collectively as "Employees" or Collective Bargaining Union (CBU) and KENTUCKY LODGE 681 through its DISTRICT 27, of the INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, hereinafter referred to as the "Union" or "IAM".

ARTICLE 3.0

## MANAGEMENT EXCLUSIVE RIGHTS and AUTHORITY

3.1. The Management of AMT will be setting the policies, working rules, employment guidelines and procedures and all other conditions of employment as required by law. This is a new Company, not a successor to any prior company or agreement, and this is an entirely new first time agreement so there are no prior agreements, past practices, or prior conditions established. As discussed we will be preparing and implementing an Employee Handbook which will include but not be limited to the following management exclusive rights:

- To manage and supervise its business and employees; to direct, plan, control, relocate, sell and or cease operations; to determine the work to be performed, the persons to perform it, including the Company's right and discretion to determine the method, location, and manner of performing necessary work.
- To hire, promote, demote, lay-off, and recall employees; to discipline, suspend, and discharge employees as necessary for the good of the operations.
- To introduce new, improved, or otherwise changed methods of machinery and performance; and to establish quality and quantity production standards and establish safety requirements.

3.2 The Employer retains the exclusive right to manage the business and the plant and to direct the workforce. All other rights and authority, whether listed here or not, are solely retained by the Company and are hereby recognized by the parties to this Agreement, including but not in any way limited to the following:

3.2.1 The right to hire, fire, supervise, promote, transfer, assign, re-assign, determine the work to be performed, the persons to perform it, demote, disqualify, lay-off, recall employees, require overtime, discipline, suspend, terminate, or discharge; , the right to assign or reassign employees and to combine jobs; to increase or decrease the scope of a job assignment, number of machines, or other production and quality requirements and to combine jobs. No employee shall be disciplined, discharged, suspended without pay, or otherwise for arbitrary reasons.

3.2.2 The right to release employees for lack of work and the right to determine the extent the plant shall operate, the hours of work, the shift schedule and length of each shift or no shift.

3.2.3 The right to determine the products to be supplied, or manufactured; how they are manufactured, and when and the method of manufacturing, the scheduling of production and the methods and the process of manufacturing; the right to contract work out or to purchase complete parts, components or assemblies; direct, plan, control, relocate, sell, or cease operations; assess and determine the needs of its operations, including moving the plant or any of its parts to other areas, subleasing space or equipment to other related or

independent companies than AMT, and the types and amount of work to be handled at each and all of its operations.

3.2.4   The right to establish safety, order, and reporting requirements to maintain a safe and efficient operation; to modify processes, procedures; prior practices necessary to accomplish improved safety or work toward that goal.

3.2.5   The parties agree that working supervision is necessary to the efficiency and productivity of the Company's business, and that it may be necessary at times for salaried, supervisors, consultants, advisors, production efficiency advisors, or management to perform any AMT work at any time.

3.2.6   ***The Company shall have the right to contract work out or to purchase parts, components or assemblies*** that is necessary to perform its business activities as it solely determines; ***the right to assign or reassign employees and to combine jobs*** that is necessary to perform its business activities as it solely determines

3.2.7   The Employer reserves the unrestricted right to suspend or curtail the operation of the plant, and to discontinue departments in whole, or in part, whenever in its judgment, conditions warrant such suspension, curtailment or discontinuance.  Insofar as practicable, as much advance notice as practicable shall be given to the Union and to employees of such action.

3.2.8   The right to institute, change, modify, or eliminate production operating guidelines, work rules, policies, practices, procedures, and regulations relating to the operation of the plant and the conduct of employees, the right to establish and set efficiency and production standards, set performance and production improvements.

3.2.9   The right to establish reasonable quality standards for inspection, require increased quality levels, change quality standards as AMT feels necessary for the customers satisfaction, to set, change, modify any quality or performance requirements, production standards, piece work, productivity requirements, or work measurement accountability.

3.3   Except as specifically abridged, delegated, granted or modified by this Agreement, all of the rights, powers, prerogatives and authority the Company had prior to the execution of this Agreement are retained by the Company and remain exclusively within the rights of Management.

3.4   The Union will scrupulously observe each and every term of this Agreement

## ARTICLE 4.0

### Probationary Period

**TA on 08/15/2012**

4.1 Each new employee shall serve a probationary period of 90 days from first day of work. Benefits and insurance shall be available to all full time employees after certification of probation completion. The Company may extend the probationary period for an additional 60 days in lieu of separation of an employee at management discretion. An employee whose probationary period is extended will have a formal review explaining why and what needs to be improved to pass probation.

4.2 Direct Deposit of payment will be implemented for all employees. Electronic paychecks will be available for the employees at no cost to the employee. Direct Deposit of payroll funds is required for all employees and is provided at no additional cost to the employee. Paper pay stubs will no longer be available as of 30 days after the start of this agreement. Electronic printable paycheck stubs are available on the internet via electronic secure access provided by the payroll administrator (currently ADP.) In addition to personal computers with internet access, reasonable access to computers during non-working hours will be made available to employees in order to obtain payroll records/ verification/ information.

## ARTICLE 5.0

## AMT GUIDELINES, RULES AND REGULATIONS and DISCIPLINARY ACTIONS

5.1 The parties acknowledge that the Company solely maintains and determines personnel policies, production operating, guidelines, and procedures. In this article are the initial Agreement AMT Guidelines, Rules, and Regulations and Disciplinary Actions. The Company will post, when possible, a copy of a new guideline when such changes occur but reserves the right to modify, amend, add or delete any guideline, rule, regulation, policy or procedure with respect to this Article and to the extent that such modification, amendment, addition or deletion is a change to a provision in this Article, the Company shall provide a copy to the Union and advise the Union of the modification to this agreement. The Company shall meet with the collective bargaining representatives prior to the initiation of any such changes to this agreement, if feasible, review the suggested changes, discuss any covered bargaining issues, solicit union input and advice, and then proceed with effective implementation. All employees shall comply with and adhere to all company established rules, regulations and guidelines made by the Employer, whether now in force or hereinafter adopted. New, modified, or deleted Production Operating Guidelines are within the management's exclusive rights and are not required to be bargained for, approved, or accepted by the Union.

5.2 The Company shall post or make available to all employees all rules, regulations, and or modifications thereto and state the effective date. A copy of all shop rules and regulations shall be provided to the Union as soon as practical but is not required to be delivered in advance of effective date.

5.3 No employee shall be disciplined, discharged, suspended without pay, or otherwise for arbitrary reasons. Disciplinary actions will remain active in the employee's permanent file.

5.4 Only on the request of an employee, a shop Committee member may be present for any dues paying union member, if readily available, at disciplinary meetings beyond verbal warning. At the request of the employee, the Supervisor will call a Committee Member in and then the dues paying union member employee will be counseled or disciplined. The Committee member, if involved in a disciplinary action, will respect the privacy and confidentiality of the employee receiving and shall not discuss this with other company employees. This provision does not purport to regulate the activities of the Committee member at any internal union meeting. A copy of any written warnings issued and signed by the employee will be given to the employee.

5.5 AMT Production Operating Guidelines are intended to be used as corrective action and discipline for those subject to this Agreement.

5.6 The AMT Production Operating Guidelines, attached here in section 5.8 below, and disciplinary procedures are only guidelines; they are not all-inclusive and are not intended to be applied to every situation. Under no circumstance is this a required pattern or sequence, and the Agreement is not requiring this sequence. These guidelines are merely illustrative, not exhaustive, and the Company retains the discretion to determine under which circumstances discipline and/ or discharge are appropriate. Forms of disciplinary action may include informal

or verbal warning, written warning, suspension without pay, or termination in any order or sequence, or other actions determined appropriate by management.

5.7 All forms of disciplinary action for an employee will be recorded and will become part of the employee's personnel file. Warnings can affect an employee's chance for promotion, change in position or wage increase.

## 5.8 Initial AMT PRODUCTION OPERATING GUIDELINES

1. The purpose of these guidelines is to help clarify the expectations and areas where we are not all headed in the same direction and discipline may be required. No one likes discipline and management certainly doesn't want to get crossways with employees. We are all working on the same team. However, certain rules regarding employee behavior are necessary for efficient business operations and for the benefit and safety of all employees. Most of the employees are never going to be affected by these guidelines and do a great job. A few need help to pull their weight as we work together.

2. The listing below is only an initial guideline and will be modified and clarified as the need arises. It is understood that all employees shall comply with and adhere to all reasonable rules and regulations made by AMT, whether now in force or hereinafter adopted.

3. The guidelines, rules, and regulations, and such rules and regulations shall equally apply to all covered employees. No new rules will be put into effect until five (5) days after posting except where such change are mandated by government regulation or other emergency safety requirements.

4. Violations of the following rules may result in immediate discharge. Management discretion in administration and interpretation may result in an unpaid suspension instead of discharge.

   a. Insubordination or refusal to follow supervisor or management orders after being advised that failure to comply will result in discharge.;
   b. Possessing firearms or other weapons on Company property outside of Indiana P.L. 90-2010.
   c. Fighting or assaulting a coworker, supplier, visitor or customer;
   d. Threatening, harassing or intimidating coworkers, customers or guests;
   e. Engaging in any form of sexual or other harassment; or creating a hostile work environment for others
   f. Using, selling, dispensing, or possessing alcohol or illegal drugs, narcotics on Company premises; reporting to work under the influence of same.
   g. Knowingly disclosing trade secrets or confidential Company information;
   h. Falsifying or altering any Company record or report, such as an application for employment, a time punch, a production record, a time record, an expense account or report, an absentee report including physician's statement or shipping and receiving records

i.  Stealing, destroying, defacing, or misusing Company property or another employee's, supplier's, or customer's property;
j.  Conviction of a Felony or a Felony drug related crime;
k.  Committing an act of gross negligence that causes an injury to self, others, or severe damage to the company assets;
l.  Willful destruction or damage of Company or others property, tools, equipment, or assets
m. Deliberately instigating a work slowdown or instructing others to slow their work production.
n.  Sabotaging machinery, materials, product belonging to Company or other employees
o.  Sleeping on the job

5. Violations, depending on severity, of the following rules may result in up to a 2 weeks unpaid suspension depending on management discretion.

a.  Failing to wear assigned safety equipment or failing to abide by safety rules and polices
b.  Failure to follow the company guidelines on policies and procedures.
c.  Refusing to follow management's instructions concerning a job-related matter
d.  Wandering away from assigned jobs including but not limited to going to break room other than at prescheduled breaks and lunches or non-production related socializing with other workers while running machines including before your shift or after your shift without permission from supervisor.
e.  Leaving the premises of AMT during paid time without notifying supervisor and without first clocking out including during company paid lunch break.

6. Violation of the following examples of rules may result in discipline to include verbal warning, written warning, and suspension without pay or termination depending on severity of the violation

a.  Carelessness or poor workmanship which includes but not limited to:
    i.   Causing scrap, damage, waste or inferior product quality;
    ii.  Permitting inferior parts to move to the next operation without notifying supervision;
    iii. Poor housekeeping; failure to clean oil from floor in assigned work area; leaving tools dirty/oily and unorganized.
b.  Unauthorized operations of machines, tools, or equipment;
c.  Soliciting or distributing in violation of Company policies;
d.  Smoking where prohibited by local ordinance, State Law or Company rules;
e.  Using profanity or abusive language;
f.  Organized gambling on Company property;
g.  Playing pranks, practical jokes, or engaging in horseplay that could create unsafe conditions;
h.  Wearing improper attire or having an inappropriate personal appearance and/or hygiene

    i.   Unacceptable performance of job duties;
    j.   Failure to maintain acceptable cleanliness or orderliness of ones work area;
    k.   Intentional refusal to report work related injuries or illness.
    l.   Eating or having open containers in the work area.
   m.  Leaving work area or ceasing to work prior to end of scheduled shift without permission of supervisor.
    n.   Use of cell phones or other electronic devises during working hours(allowed during breaks and lunch) Incoming emergency calls you will be advised; ask you supervisor for outgoing emergency/clock out.
    o.   Reading newspapers, magazines, books or other non-work related items during working hours.
    p.   Using smokeless tobacco during work hours.
    q.   Unauthorized postings within AMT facility or property.
    r.   Unauthorized use of company computers, phones, equipment, vehicles, forklifts, or materials.
    s.   Not being in assigned work area at the start of one's scheduled shift or promptly returning to work station at the end of break/lunch.

7. These guidelines are merely illustrative, not exhaustive, and the Company retains the discretion to determine under which circumstances progressive discipline and/ or discharge are appropriate. Forms of disciplinary action may include informal or verbal warning, written warning, suspension without pay, or termination-- in any order or sequence, or other actions determined appropriate by management.

8. No employee shall be disciplined, discharged, suspended without pay, or otherwise for arbitrary reasons.

ARTICLE 6.0

## SAFETY

6.1 The Company will establish provisions for the safety and health of employees during working hours, and will maintain practices which are consistent with efficient plant operations and safety. Employees who fail to abide by safety regulations or safety practices shall be subject to discipline, up to and including discharge.

6.2 Personal Protective Equipment: The Company shall require such special protective clothing and special safety devices where as a minimum required State of Indiana OSHA regulations or where required by the Company. The company shall determine employee clothing which may be unacceptable for the duty or tasks assigned and will notify employees of unacceptable clothing. If necessary the employee may be required to make immediate changes to comply.

6.3 Eye protection: All employees will be required to wear safety glasses with shields in the course of their employment in required areas. Adequate vision is a requirement for precision work and the employee shall make sure they have adequate vision for the tasks assigned. The Company does not pay for eye examinations. New employees who do not have prescription glasses may wear contact lenses with special safety glasses acceptable to the Company. Employees have the option to participate in vision insurance at the employee's expense.

6.4 Safety Committee: The Company shall select employees to serve on a Safety Committee. The union can recommend two for the safety committee. This Committee shall meet a minimum of quarterly for up to one hour without loss of pay (during work hours) to discuss safety and health matters. The Committee may make recommendations relative to resolving safety and health concerns. A record of the meeting will be prepared.

6.5 Safety Shoes: - Safety shoes are required in certain specified areas and tasks for all employees. All employees shall know and follow such rules at all times. The Company may further designate certain jobs as requiring safety shoes. OSHA-approved steel toed or composite shoes shall be used where required. All shoes worn must be of solid leather type material. No canvas tennis shoes are permitted. The Company offers an annual allowance of up to $75.00 reimbursement of employee paid cost for safety shoes.

6.6 Where certain jobs require employees to work in conditions that require special clothing, the Company will define the appropriate wear. A uniform service will be made available to all employees at employee cost. Upon termination any employee authorizes that any uniforms not returned may be deducted from the employee's last check.

ARTICLE 7.0

## **Drug and Alcohol Program**

The Company and the Union recognize that drug and alcohol abuse are major problems in today's society. It is further recognized that drug and alcohol abuse have adverse impact on productivity, efficiency, job performance and workplace safety. The Company and the Union agree to work jointly toward the resolution of this problem as it affects our work environment.

ARTICLE 8.0

**Work Day, Work Week, and Overtime**

8.1     The normal workweek begins with the start of the Sunday regular third shift and consists of forty (40) hours. A normal workday will consist of five (5) days per week, eight (8) hours per day. The normal workday will run for eight (8) hours and ten (10) minutes, including a thirty (30) minute lunch period of which twenty (20) minutes is paid and two (2) paid ten (10) minute breaks. In the event the Company desires to go to other than a normal eight-hour shift per day, it may do so by advising the employees and the Union of a change in the shifts and schedules not less than 6 calendar days in advance unless due to an emergency.

8.2     Supervisors will assign overtime to employees in the particular job for which overtime is required.     Employees are not permitted to begin work early before their shift or to work overtime without the prior approval of their supervisor or another member of management. For the purpose of overtime compensation, only hours actually worked in excess of forty (40) hours during a workweek will be counted. An employee must have completed forty actual work hours before any overtime premium shall be paid. There is no pyramiding of overtime and/or premium pay. The opportunity to work unscheduled weekend work will be offered to qualified employees at the Company's discretion and on the shifts where and when the work is to be performed and the jobs to be worked. It is agreed that when it is necessary to meet commitments to customers, the Company can select any employee to work overtime. Consideration shall be given to employees with respect to job familiarization, qualifications, performance, quality, and seniority in accordance with overtime rules. The Company will expect full cooperation from employees and the employees agree to give full cooperation to meet customer production requirements at all times. Each employee within the bargaining unit shall be paid one and one-half (1 ½) times the regular base rate at which he is employed for time worked in excess of forty (40) hours in each workweek.

8.3     The Company will pay double time for Sunday work over forty-eight (48) hours outside the normal workweek for the seventh consecutive day of work. Otherwise, Sunday third shift is the beginning of the pay period and will be paid at regular time.

8.4     An employee shall be paid double time for work performed on recognized holidays per this agreement in addition to the eight (8) hours holiday pay outlined in this agreement provided they have met the above minimum hour requirements for premium pay

8.5     Absences during the week due to pre-scheduled/pre-approved PTO , holiday(s), paid bereavement, jury duty, and all other Company authorized for paid time off  (not LOA or other non-paid time off)  will **not** count as actual hours worked for purposes of overtime calculation. Only hours worked over 40 hours will count for overtime premium pay.

8.6     Company directed attendance at meetings and training programs during working hours will be considered hours worked if attendance is required by management.

8.7     Notices for scheduled weekend work will be posted as soon as possible but no later than 24 hours before the start of the shift, except in an emergency. Employees will be assigned overtime as required by the Company.   When possible, employees will be given an opportunity to work the overtime on a volunteer basis. This is not required, however. If an insufficient number of employees volunteer, the company then may require the qualified employees to work.

8.8     If possible, when emergency overtime is required on a regularly scheduled work day or on a weekend, employees will be notified as soon as possible. If there are an insufficient number of volunteers, the required number of employees needed may be required to work who are qualified to perform the work. If possible this will be in inverse seniority. This is not required, however.

8.10    An employee who has not been notified by the end of the preceding work shift not to report for work (except, however, in emergencies beyond the control of the Employer) and who reports for work, shall be guaranteed one (1) hour pay in lieu thereof. Notice shall be deemed delivered if a call message is delivered to the employee number as advised to HR.

8.11    Overtime on Saturday and/or Sunday shall be voluntary if the preceding Friday or the following Monday is a day of pre-scheduled, pre-approved PTO, unless a customer emergency is communicated to the Company.

ARTICLE 9.0

**Merit Pay For Performance**

Pay for Performance:   AMT believes in setting pay rates for superior performance.   Each employee will have an initial rate as set by management and will be subject to individual performance reviews annually by their supervisor(s). Each employee shall receive an annual review.   However, pay increases are not automatic but are subject to individual merit and performance.

9.1  Annual Evaluation:  On or about the anniversary date of the Agreement, each employee who has completed one year of employment will receive a Merit Pay and Performance evaluation. Based on the results of the merit and performance evaluation, the employee will be considered for an increase but there is no guarantee of a pay increase. AMT uses a Merit Pay and Performance Evaluation system which bases compensation on individual performance issues including but not limited to: production performance, employee efficiency, quality levels, scrap levels, attendance, and other similar rating characteristics.   The amount of the increase, if any, will be at the discretion of supervision and management and the Company.

9.2  Starting Wage Rates:  Employees after the effective date of this Agreement will receive a wage rate at or above the wage scales set forth below, at the Company's discretion.   The Company will determine the employee's starting rate based on its assessment of the skills and experience level.

The minimum hourly rate for each classification shall be:

### Effective Minimum Hourly Rates

|  | As of Agreement Start date |
| --- | --- |
| Journeyman | $16.00 |
| Operator (Production Workers, maintenance, assemblers) | 8.00 |

Base rate
increases as follows:  Individual Merit-Pay-for-Performance Evaluations

9.4  The Company will pay a shift differential of $0.60 to employees who work on the second shift and $0.90 to employees who work on the third shift, except that employees who currently receive 8% shift differential shall continue to receive 8% or the amount provided by this paragraph, whichever is greater.

9.5  The Merit Pay and Performance evaluations, recommendations and pay changes (or failure to receive an increase) may not be grieved .

ARTICLE 10

**No Strikes, Labor Disruptions, Slowdowns or Interference**

10.1 The Union agrees that, during the term of this Agreement, neither it nor its officers or employee members, committeepersons, or agents will authorize, instigate, condone or engage in any work stoppage, strike, slowdown, sickout, picketing, interference, any other disruptive interference or any other action which will interrupt or interfere with the operation of the Employer, its customers or suppliers in any way. Any such action shall be deemed a breach of this agreement, in its entirety, and if so breached the parties agree that this agreement will be void and moot in its entirety including the IAM exclusive representation rights for AMT employees for a two year period. This breach shall include but not be limited to Union actions but shall include any intent for any known violation or discussion of such a violation of this article, work slowdown, or stoppage. To avoid such adverse actions, only the IAM sending a certified letter to AMT of such inappropriate actions, in sufficient detail and with rogue employee identification, and IAM's public rejection of such an action, identification of all participants (AMT employees, IAM, or others), and public statements affirming IAM rejecting any and all support of such wildcat actions as further defined below. Any damages incurred by AMT for direct or indirect damages by such breach of this Agreement shall be paid by IAM including any collection costs and interest from the date of the breach.

10.2 During the term of this Agreement the Union agrees on behalf of itself and each of its members that there shall be no authorized strike of any kind, and there shall be no picketing, work stoppage, slowdown, or any other intentional, disruptive interference with the AMT's business.

10.3 No employee, during the term of this Agreement, shall cause, instigate, participate in, or encourage any work stoppage, strike, slowdown, encouraging new employees to "not work so fast" or any other action which interrupts or interferes with the operations of the Employer. Any employee performing or participating in any of the acts forbidden by this Article may be disciplined or discharged by the Employer and such penalty of discipline or discharge shall not be reviewable, not subject to any grievance procedure, or changed under this Agreement.

10.4 In the event a violation of the Article occurs which is unauthorized by the Union, the Company agrees that there shall be no liability on the part of the Union or any of its officers or agents, provided that in the event of such unauthorized action the Union first meets the following conditions:

    a. The Union shall declare publicly that such action is unauthorized by the Union and shall deliver by certified letter to the Company such a public statement,

    b. Upon request by the Company, the Union shall promptly order its members to return to work, notwithstanding the existence of a picket line,

        a. Union shall provide all the names of individuals participating and the details of their breach

b.     The Union shall not question the unqualified right of the Company to discipline or discharge employees engaging in, participating in, or encouraging such action. It is understood that such action on the part of the Company shall be final and binding upon the Union and its members, and shall in no case be construed as a violation by the Company of any provisions of this Agreement.

10.5 Company agrees that, during the term of this Agreement, it will not engage in any lockout of its employees.

10.6 Indiana is a Right-To-Work state and employees and Company may continue employment at will.

10.7 The provisions of this Article are applicable to an information picket, hand-billing, leaflet distribution action or the like, that may be conducted by a union(s) at or near the company's facility covered by this Agreement.

## ARTICLE 11

## **PICKET LINE RECOGNITION**

11.1   It shall be considered a violation of this Agreement for an employee to refuse to go through a picket line of any striking union to go to work to meet the customer's requirements.

11.2   There shall be no information pickets, handouts, buttons, Union promotional data, hand-billings, leaflets or flyer distributions or adverse public actions or, the like, that are conducted by the Union or their agents, CBU, on, at, on the subject of AMT, or near the company's facility covered by this agreement. This in no way shall prohibit any individual employee the free exercise of his individual rights how he independently choses.

11.3   Any such interruption or disruption is a Material Breach of this agreement and shall immediately terminate the agreement in its entirety. The IAM shall be responsible for any direct or consequential damages whether to AMT or to AMT's customers or the necessity of the Company to offset the costs of any such disruptions.

ARTICLE 12

## NO SOLICITATION, POSTINGS, DISTRIBUTIONS

12.1 There shall be no solicitation by any person of any non-AMT business to employees at any time. There shall be no distribution of any union information or any adverse information on AMT or of any nature in working areas, on company premises, or during working time.

12.2 There shall be no postings of personal or any non-AMT literature, notices, posters, buttons, signs, displays, or any other items without the signed dated authorization of the Company consistent with Company policies.

12.3This in no way shall prohibit any individual employee the free exercise of his individual rights how he independently choses.

## ARTICLE 13

### **VISITATION**

13.1 Committee members during off duty hours or Union Representatives will not be denied access to the Company premises to conduct union business related to administering this Agreement provided: Visits  for the purpose of administering this Agreement will not be unreasonably denied provided: (1) the Union shall provide reasonable advance notice; (2) the Union shall state a valid reason for the visit; (3) the visit will not interfere with production; and (4) approval of management is obtained in advance of the visit.  The Company will not unreasonably deny approval.  The Company will not provide compensation for these visits. All visits shall be coordinated with Operational Management and HR through the front lobby.

13.2 Prior to any visitors in the production facility, all visitors must sign a Confidentiality agreement and have it put on file at AMT.

## ARTICLE 14

### **Apprenticeship**

14.1: Apprentices, when entering and while serving their apprenticeship, shall conform to the Standards of Apprenticeship and shall be approved by the United States Department of Labor Bureau of Apprenticeship and Training in the State of Indiana.

14.2: Apprentices shall serve eight thousand (8000) hours and shall be given every opportunity and encouragement to master, learning thoroughly, the trade.

14.3: Apprentices, upon completion of their apprenticeship (Shop Training, Related Training, and graduation to the final level), shall receive not less than the minimum rate of pay received by Journeymen.

14.4: Seniority will be based on the employees start date with AMT.

## ARTICLE 15 – INTENTIONALLY BLANK

# ARTICLE 16

## BENEFITS

The Company has made available to active full time employees an attractive comprehensive Benefits program. AMT works very hard to provide our employees with a wide selection of benefit options that are affordable while at the same time protecting their health, life, as well as their long term investment opportunities. We understand that benefits are often as important as the wages we provide to our employees. That's why we carefully provide and implement a complete benefits package that will give our employees the comfort that they are working with a company who values long term employment.

This agreement only references the benefits and does not spell out the detailed plans, for example, the detailed Health benefit with our provider, the detailed 401k Plan and investment options with our provider, or other plan documents. The actual plan documents will in all cases control and may change from year to year. In their overall substance and totality these guiding benefits will not be modified if at all possible. However, Benefits may change slightly and are not a fixed entitlement related to the term of this agreement. The Company will give the Union advance notice of any anticipated changes and will discuss such changes upon request.

This Agreement only references the benefits and does not spell out the detailed plans. AMT recognizes the responsibility to provide a secure environment for its employees and takes this responsibility very seriously. AMT will provide as much notice of changes taking place in its Benefits Administration as reasonably possible and will endeavor to keep all employees fully informed and advised of any changes. The benefits provided herein cannot be guaranteed or contracted for the term of this Agreement.

16.1    Should a conflict arise between this Agreement and plan documents, the insurance contract and plan documents will rule and prevail. This agreement only references the benefits and does not spell out the detailed plans, for example, the detailed Health benefit with our provider. Actual plan documents will in all cases control. The Company will give the Union a minimum 30 days advance notice of any anticipated changes in benefits, coverage, requirements, or costs and will explain such changes upon request from the Union.

16.2    Health and Dental Benefits: The Company will continue to provide health and dental benefits it currently provides but subject to market and cost changes in the. As determined by the Company, when administratively possible, these two benefits may be split and offered separately in the future to improve the employees' choice at options so that, in the future, employees can opt for both health care and dental benefits or only health care benefits or only dental benefits or neither benefit.

16.3    Eligibility Requirements: Health and Dental are available the first day of employment after probation, if enrolled by employee, and ends at midnight on the day of separation Upon separation from the Company continuation coverage will be available through a purchase option via the Company's COBRA administrator.

16.4    Health and Dental Coverage. Health benefits are provided for full time employees on a cost sharing basis Health care costs at AMT are shared with the employee on a 50/50% basis

| YOUR COST: Weekly | 2012 Total Cost | Employee 50%/50% Costs |
|---|---|---|
| **Option A** | | |
| Single: | $115.00 | $57.50 |
| Employee +1: | $200.00 | $ 100.00 |
| Family (3 or more) | $235.00 | $115.00 |

[ NOTE FOR DRAFTING AGREEMENT ACTUAL CURRENT RATES TO BE SUPPLIED ]

16.5    Health insurance is only available for full time active workers working a minimum of 32 hours per week.  Part time employees can purchase insurance under the COBRA option at full employee cost.  Insurance will be continued for 30 days after termination date or effective date of part time service.

16.6    **Life and AD&D Insurance Premium:** Fully paid by Company at two times the employee's year end compensation rate times hours work for  prior 12 months subject to the limitations and control of the insurance documents which may change from year to year Insurance begins on day of employment after probationary period if enrolled by employee and ends on day of separation.  This benefit is only for full time active employees and not available on layoff or leave of absence

16.7 **Voluntary Insurance Benefits** will be made available at 100% employee cost:
Short Term Disability
Long Term Disability
Additional levels of Life Insurance

ARTICLE 17

## **Holidays**

17.1: AMT Employees, after satisfactory graduation from probation, shall receive holiday pay. To receive holiday pay, the employee must work the regularly scheduled day before and the regularly scheduled day after a holiday, unless absent due to pre-approved PTO, Jury duty, Bereavement, or Governmental compliance leave. Holiday pay shall be for eight (8) hours straight time. It is important to work the day leading into a holiday and day after a holiday to meet our customer's requirements timely.

17.2: The following holidays shall be provided with pay:

1. New Year's Day
2. Memorial Day
3. Fourth of July
4. Labor Day
5. Thanksgiving Day
6. Day Following Thanksgiving
7. Christmas Eve
8. Christmas Day
9. New Year's Eve

17.3: Should a holiday fall on a Saturday or Sunday, the Company will post the date the Holiday will be observed as soon as possible in advance of the Holiday. Due to customer requirements and needs this may change at the last minute.

## ARTICLE 18

### **Paid Time Off (PTO)**

18.1: Each employee who has been in the continuous service of the Company for one (1) year but less than three (3) years will receive one (1) week's PTO with pay.

18.2: Each employee who has been in the continuous service of the Company for three (3) years but less than ten (10) years will receive two (2) weeks PTO with pay.

18.3: Each employee who has been in the continuous service of the Company for ten (10) years but less than twenty (20) years will receive three (3) weeks PTO with pay.

18.4: Each employee who has been in the continuous service of the Company for twenty (20) years or longer shall receive four (4) weeks PTO with pay.

18.5: PTO pay shall be the appropriate hours at the employee's current base hourly rate of pay.

18.6: A full work year of service totals 2,080 work or equivalent hours are required for full PTO benefits. However, work hours shall include all regular hours worked, all overtime hours worked at straight time hours, all PTO hours taken, all holiday hours taken, all bereavement hours taken, all jury duty hours taken, and all other Company authorized paid time off. FMLA and other Personal Leave of Absences given at the discretion of the Company do not count as hours worked. For employees with less than 2,080 work hours, as defined herein, the employee shall receive a pro rata PTO benefit based on the number of work hours accrued during the preceding 12-month PTO calculation period divided by 2,080 hours

## ARTICLE 19

### **Bereavement Pay**

Any employee who has completed his probationary period, and is absent from work because of death in his immediate family (immediate family consists of: Employee's legal spouse, child, step child, mother, father, mother-in-law, father-in-law, grandparents, brother, sister or grandchildren), is eligible for bereavement pay for lost wages if any for lost time away from work( not to exceed eight (8) hours in any one day  and only if falling on scheduled worked days.   If the absence occurs  under the following terms and conditions:

    (a)    If the day of the funeral, the day before the funeral, and the day after the funeral are scheduled work days the employee will get paid for 3 days; otherwise the employee will only get paid for those days which fall on scheduled workdays

    (b)    Notice of such death shall be given by the employee to their supervisor prior to payment.  The employee shall provide  verification of relationship before payment will be made.

    (c)    No pay allowance shall be granted in cases where the employee does not attend the funeral of the deceased.

The payment rate for bereavement time will be calculated at the employee's current hourly rate including night shift differential for the employee's regularly scheduled hours of work.

## ARTICLE 20

### Jury Duty Pay

20.1    The responsibility of serving on a jury is the civic duty of all citizens.  AMT and the Union support the legal process and will share some of the economic burden with the CBU. AMT will pay one-half the difference between an employee's regular base pay and the amount received for jury duty for actual time lost, not to exceed 8 hours in a day. IAM will pay one-half the difference between an employee's regular base pay and the amount received for jury duty for actual time lost, not to exceed 8 hours in a day.

20.2    Upon receiving a Summons for Jury Duty the employee is required to promptly give notice to their supervisor and to provide a copy of the Summons for Jury Duty.  Each day the employee is required to serve, he/she must contact Human Resources by phone, unless prior notice has been given and accepted that employee will be on jury duty for a specific number of days.  When the employee is excused from jury duty, he/she must notify their supervisor and is expected to return to work the same day, if a substantial portion of the workday remains, or the next workday.  Employees must provide proof of jury service as well as the rate of pay received in order to receive supplemental wages from AMT.

20.3    Employees on second and third shift will be considered as working on first shift when serving jury duty.

20.4    An employee participating as a witness in matters in which he/she is a witness for the Company, will be paid by the Company the difference between what the employee received as witness compensation and what he/she would have earned had they worked their scheduled hours of work.

[DRAFTING NOTE; SEVERAL OF THE SUGGESTIONS THE UNION MADE WERE ACCEPTED AND SEVERAL OF THE COUNTERPROPOSALS WERE REJECTED. THE COMPANY ACCEPTS THE UNION STATEMENT ' ....THE UNION SUPPORT THE LEGAL PROCESS .....]

## ARTICLE 21

### AMT Attendance Allowance Benefit

Absenteeism affects employees' commitment to AMT and places an unnecessary burden on fellow team members. There are instances where AMT team members may be absent from work. The following guidelines have been established to discourage absenteeism, to encourage regular attendance, and to allow for absences from work.

All absences must be reported promptly to the employee's supervisor or to the production manager of AMT who will record the absence.

Absences that will be entered into the record as excused are:

1. Bereavement Leave
2. Military Leave
3. Jury Duty
4. Approved PTO
5. Work related injury (if authorized by AMT occupational physician)
6. Approved Leave of Absence including Family and Medical Leave
7. Court ordered appearance with documentation provided team member reports to work for the hours not required to be in court.
8. Pre-approved doctor's appointments that occur during an employee's shift provided employee returns to work and submits completed signed documentation of the time appointment began and the time appointment ended. Failure to provide this documentation to supervisor within 24 hours of return to work will result in points being assessed.

All other absences will receive the following points:

Absence– 1 point
Late or leave early less than 1/2 hour -1/2 point
Late or leave early more than 1/2 hour– 1point
Late call in (after start of shift) – 1/2 point

Consecutive absences of more than one day will be counted as one (1) point if the employee provides documentation acceptable to the company. Two (2) consecutive absences without calling in will be considered a voluntary termination of employment at management discretion.

Excessive absenteeism and/or tardiness are considered part of the disciplinary action process. Absences as set forth above may be subject to the following disciplinary action:

| | |
|---|---|
| 3 total points | Documentation of Conference |
| 4 total points | Written Verbal Reprimand |

| | |
|---|---|
| 5 total points | Written Reprimand |
| 6 total points | Termination of Employment |

Absenteeism is monitored and charged on a rolling twelve (12) month basis. Points will be removed from each employee's record on the one year anniversary date the point was used. In addition, team members that receive no points for six (6) consecutive months will have the oldest point removed from their attendance record.

Absences or tardiness caused by traffic, train delays or weather conditions will evaluated by supervision and points assigned subject to application of this policy will be solely at the Company's discretion.

## ARTICLE 22

### **RETIREMENT PLAN**

### **TA ON 08/15/2012**

ELIGIBILITY REQUIREMENT: On the First day of each calendar quarter following date of hire the employee may enroll.

The Company will match 25% of each dollar you put into your 401k up to a maximum of 8% of your pay.

Vesting:

| Years of Service | % Vested (Company Match Portion ) |
| --- | --- |
| Less than 2 | -0-% |
| 2 | 20% |
| 3 | 40% |
| 4 | 60% |
| 5 | 80% |
| 6 | 100% |

ARTICLE 23

## TUITION REIMBURSEMENT

### TA ON 08/15/2012

AMT welcomes the opportunity to assist employees looking to improve upon their position at AMT through the education process. Tuition reimbursement is available only for courses that will benefit the employee's position at AMT.

To be considered for employee educational support, an employee must complete the AMT Tuition Reimbursement form at least one month prior to the beginning of the course. Request forms are available from Human Resources. Request forms must be completed in detail and must include comments from the employee and from the employee's direct supervisor explaining how the course/training relates to the AMT work environment.

Upon approval from Human Resources, the employee will be responsible for the initial cost of tuition and books. AMT will provide reimbursement at the completion of the course/training based on the final grade received. Reimbursement will be as follows:
    100% Reimbursement for Grade of "A"
    75% Reimbursement for Grade of "B"
    50% Reimbursement for Grade of "C"
To encourage dedication to the course/training, AMT will not reimburse for a Grade of "D", Grade of "F" or for an "Incompletion" of the course.

If an employee resigns within one (1) year of receiving tuition reimbursement from AMT, full reimbursement must be made to AMT.

## ARTICLE 24 – INTENTIONALLY BLANK

ARTICLE 25
**Indiana Right To Work State**
**Recognition and Representation**

25.1 The Company, the Union, and all of AMT's employees recognize that the State of Indiana is a Right to Work State and that no employee is required to join a union or pay union dues to work at AMT. No employee is contracted to continue to work against their will, and that they have the right to terminate their relationship at will. That is their right.

25.2 The company also has the right to terminate the employer/employee relationship at will. That is the Rights of both parties in a Right to Work State. The Company will grant certain limited rights of union representative successorship based on demonstrated majority support for the elected Union as the sole and exclusive representative of the dues paying and for all of the employees, excluding office employees, clerical administrative, , outside sales, , and all supervisory and salaried employees, for the purpose of this agreement with respect to wages, rates of pay, hours of employment, and the adjustments of breach of this agreement which may arise between the parties.

25.3 Failure of the Union to fairly and adequately represent the interests of non-dues paying members of the Collective Bargaining Unit shall constitute a violation of the Indiana Right to Work legislation and is a material breach of this agreement.

DRAFTING NOTE: Company re- requests its February 9 Information request to substantiate the duly elected or duly recognized status of the IAM and the precise wording of the CBU definition as certified under the NLRA. This request is was repeated at the 7/25/12 meeting. In the alternative, for Company consideration, pls provide the IAM legal position that it claims absolves the IAM of meeting this basic recognition. Without this Recognition, the company cannot support inclusion of the above statement in part or totality.]

## ARTICLE 26 - INTENTIONALLY BLANK

ARTICLE 27

**Seniority**

27.1: AMT recognizes the value of an experienced work force and long term employees and recognizes the value of seniority and tenure with the company and the benefits this provides to the company as well as to the employees. AMT fully supports and endorses the rights and benefits of seniority. Many of AMT's benefits are improved and increased with increasing seniority based on the date of your employment with AMT, such as 401k vesting, increases in Paid Time Off(PTO) days earned, and layoff preferences. AMT will use your employment date with AMT to determine the seniority service period to be used. Since AMT uses a Merit Pay for Performance Program, Seniority will not apply to Job Classifications, Bidding, Bumping, Overtime, or other production needs but will be considered as a tie breaker if all other conditions are the same. Employees covered by this Agreement who have passed their probation shall have a seniority status in accordance with their length of continuous service in the bargaining unit with AMT. During the probationary period an employee may not resort to the grievance and arbitration procedure.

27.2: The seniority list shall be prepared by the Company and posted periodically on the staffing bulletin board. The seniority dates shown on any posted list shall be accepted as correct and not subject to change unless protested in writing by employees within seven 10 calendar days after posting. Seniority order for persons hired on the same date shall be as determined by AMT Human Resources based on time of hire verified by clock number.

27.3: Layoff: Many factors are to be considered with respect to the layoff and recall of bargaining unit employees, including skills, qualifications, abilities, attendance record, tardiness record, disciplinary record, productivity, merit performance reviews, quality levels achieved, and team work, as judged by management. Where factors are deemed by supervision and management to be relatively equal, seniority will be considered a tie breaker.

27.4 Employees who are to be laid off will be notified as soon as possible by the Company at least one day prior to the layoff, except where the layoff is caused by power outages, weather conditions, or other emergencies out of AMT control. The Company shall advise the Union and the employees as soon as possible about the possibility of a general layoff then specific layoff assignments will be given to the Union to advise the individual employees. Bargaining unit employees on layoff status will be provided applicable health insurance coverage for a maximum of 30-days with the employee paying their portion as if working under the same terms as before the layoff. All other benefits are only available for full time active employees and are not available on separation from active full time service.

27.4.1: If an employee is laid off for a period in excess of seven (7) months or for a period in excess of his length of service of Company, whichever is less, or out of service for three months for medical reasons (other than Workers Compensation disability), he will lose seniority rights. If an employee relocates or finds a permanent job, the employee shall notify the company to withdraw their name from the recall listing.

27.4.2: The Company will give as much notice as possible of layoff to employees, dictated by business conditions. After being laid off for a period of 60 days, an employee will have five (5) calendar days to notify the Company and fourteen (14) calendar days to return to work after being notified or make other arrangements satisfactory to the Company; otherwise the employee will be considered as having abandoned his job. In immediate demand for reponses in less than 14 calendar days, the Company will make every effort to hold jobs for laid off employees but it is not guaranteed if not a quick arrangement is confirmed. For layoffs of less than 60 days, an employee will have one (1) day to notify the Company and two(2) days to return to work after being notified or make other arrangements satisfactory to the Company on the agreed return date, otherwise the employee will be considered as having abandoned his job. The employee shall keep the Company informed of where he can be reached in case of recall. Calls will be made but a letter to the last known address of the employee by the Employer shall be considered sufficient notification with a copy to the Union representative.

27.4.3: Advancement will require the employee requesting advancement to meet the basic qualifications for such classification. Employees will be required to successfully complete a sixty (60) day probationary period within the new assignment.

27.5: Posting of Job Opportunities: The Company may hire personnel externally whenever it deems appropriate but will also post available positions to advise employees for any possible employee interest. Since AMT uses Merit-Pay-for-Performance in setting worker pay, job interest is only for job rotation and not compensation increases. When vacancies or new jobs occur they may be posted to the bulletin board, specifying the job vacancy and the number of employees needed to fill each vacancy. Employees who are awarded a job will be given a reasonable opportunity to learn the job up to ten (10) working days to prove he/she is capable to perform the job. This may be shortened if necessary after discussions with the employee. The ten (10) workdays allowance may be extended by the Company. The job shall be awarded as soon as practical after its being posted and the Company will post notice of the successful applicant thereafter. Should a vacancy not be filled with anyone responding to the open positions, the Company may hire personnel externally. Where skills, qualifications, abilities, attendance record, tardiness record, disciplinary record, productivity, merit performance reviews, quality levels achieved, and team work, as reasonably judged by management is equal, seniority shall prevail. Such vacancies or new jobs shall be posted at least two full workdays so that any eligible employee may convey their interest in the vacancy or new job if possible.

27.6: The Employer may assign employees to another shift. Employees so assigned will receive the shift differential, if any, of their new assignment. .

27.7: Employees will lose seniority based upon:
      (a)    termination of employment;
      (b)    voluntary quit;
      (c)    layoff or reduction in force that exceeds six (6) months;
      (d)    retirement;

separation from work for greater than seven (7) months for any reason, except as otherwise required by State of Federal Law.

27.8 :    Job Opportunities Notification:
Since AMT uses Merit-Pay-for-Performance  in setting worker pay and AMT does not employee job bidding,  job posting, or job bumping, but wants to solicit employee job interest to provide employees the opportunity for job rotation and skills advancement, AMT will provide a Job Opportunity Notification process.  When new jobs are created or job vacancies occur, the opportunity will be place on the Job Opportunities board so that any eligible employee may convey their interest in the Job Opportunity. Eligible employees must fill out Job Transfer Request form and submit it to HR.  The Job Opportunity will be filled as soon as practical.  The Company will post the results of the successful applicant.  The Company reserves the right to fill any position externally at any time.  Eligible employees for consideration will include many factors such as performance, attendance, disciplinary record, quality, shift preferences, etc

## ARTICLE 28 - INTENTIONALLY BLANK

ARTICLE 29

## Breach of Agreement Evaluation Process-Grievances

29.1 Any breach of this agreement, controversy, or complaint arising over the interpretation of or adherence to the terms and provisions of this Agreement may be made the subject of a grievance by either the Company, bargaining unit employees, or the Union and may be settled by discussions between the Company and/or the Employee and/or the Union pursuant to the procedure described in this Article.

Prior to reducing any grievance to writing, the grievant shall discuss the issue with a representative of the other party. The grievant shall identify the specifics of the problem and if possible the specific violation of the Agreement. The parties will attempt to resolve the dispute through informal discussions with the appropriate other parties. Employees may discuss issues with their supervisor, plant management or HR. If an employee desires another party to sit in, the employee may choose such a representative.

29.2     Step One:     If not resolved through informal discussions and the grievant wishes to pursue the grievance further, the grievance shall be reduced to writing, will describe the basic circumstances leading to the grievance and the adjustment sought. The grievance shall cite the specific violation of the Agreement and clearly quote the article, clause or the agreement or other such document as necessary.   Such grievance(s) will be submitted to an approved representative or the other party timely within seven (7) calendar days of occurrence or discovery of the violation and timely delivered to the other party. Such party shall record the date and time of receipt of the grievance. . Each grievance must be signed by the  Grievant. Any response in this Article not timely submitted within seven days shall be so noted and returned to the grievant and marked "Not Timely Submitted-Closed per Agreement 34.2. and signed by a representative of that party.

29.3     Step Two:     Once Step One is complete, the grievant and,  and a representative for the grievant, if so desired, shall talk with the designated representative(s) of the opposing party and explain the details of the grievance, answer questions, and explain the circumstances of the grievance. If desired, the Company may have an additional representative of HR or management present as well, if available. The opposing party(parties) shall give the grievant(s)  a written timely answer within seven (7) calendar days.

29.4     Step Three:     If the Opposing Party's response is satisfactory to the grievant(s) the grievance is settled.   The grievant and any representative shall confirm the resolution in writing and return it to the other party.  If the answer fails to settle the grievance, then within seven (7) calendar days, it may be referred to the next level for further negotiation and discussion, by giving written notice to the Opposing party.  Failure to give notice in writing within seven (7) calendar days will close the grievance.

29.5     Step Four:     The Company representatives and Local 681 Union Representative, or such other approved representative for the two parties, shall meet timely within 30 calendar days from the Step Three response date for further negotiations and discussion in an effort to resolve

the matter.  It is hopeful that at this stage a workable solution will be reached and the problem will be resolved.  The opposing party shall provide a written response within seven (7) days of the Step Four meeting or the grievance is closed.

29.6    Step Five:        Within 30 days after receiving the Opposing Party's answer, the Union or the Company if the Company is the grievant, may appeal the grievance to arbitration by giving written notice to the opposing party.  Within seven (7) calendar days after giving notice to the opposing party, the grievant(s) or their designated representative shall notify American Arbitration Association of the unresolved grievance and shall request a panel or seven (7) arbitrators' names.

29.7    Upon agreement, the parties may use binding mediation instead of arbitration at any time after the Step Four meeting.

29.8    The parties shall attempt to select an arbitrator from the panel of seven (7) submitted, with the parties  alternately striking a name from the list until only one remains beginning with the grievant, or their representative..  The  Parties  shall take turns striking a  name.  The arbitrator shall in all cases be limited in his/her authority to the resolution of the grievance, and shall in no way be allowed to add to or subtract from this Agreement.  The arbitrator's decision shall be final and binding upon all parties.  The losing party shall bear the full cost of the arbitration, including the fees and travel expenses of the arbitrator, as well as the costs for the hearing room and amenities.   Any other costs incurred by the individual parties, they shall bear their own costs.  Charges for stenographic fees and expenses shall be borne by the party requesting such services.

ARTICLE 30

**Union Representation at AMT**

No employee covered by this Agreement shall be intimidated or discriminated against. because that employee is serving his fellow co-workers in the capacity as the duly elected representative on the Shop Committee or steward by all CBU AMT employees This agreement covers all of the employees and all covered employees shall have their right to vote for their representative committee person. All employees shall be treated fairly and justly by the Union and the Company. The Union Shop Committee shall be afforded such unpaid or non-working time as necessary to perform the duties directly associated with this Agreement but shall not interfere with their employment responsibilities or with the production or efficiency of AMT operation in any manner. At no time shall the Union Shop committee perform union business, union discussions, union meetings, union grievances, union activities on AMT paid time. The IAM needs to pay for its businesses labor activities and AMT needs to pay for its business labor activities. Union activities shall not interfere in any way with any production activities or workers of AMT.

1. If any employee reasonably believes they have a legitimate question regarding the contract they may meet with their supervisor and attempt to solve the problem. Most problems can be resolved in this manner

2. If the employee is not satisfied after discussion with their supervisor, they may speak on unpaid or non-working time with a shop committee person.

3. The employee and a shop committee person may then meet during unpaid or non-working time to determine whether a grievance should be filed. Grievances are to be written during unpaid or non-working time.

4. Time spent in grievance hearings called by the Company during work hours for the committee persons and employees will be paid if these individuals are scheduled to work during this time. Most grievances meetings will be scheduled on non-employee work time or unpaid time to address union grievances. Time spent in arbitration is unpaid and all other time spent by employees on Union business related to AMT shall be unpaid.

5. Shop committee persons shall be excused from work for up to three (3) days per calendar year for legitimate Union business related to the AMT Agreement provided prior notification is given to the Company and approval given by the Company. These absences shall be exempt from the Absentee Control Program and limited to one (1) committee member.

6. Meetings for contract negotiations may be held on the Company premises or a different location, as may be mutually agreed upon by the Company and Union. In the event joint costs are incurred (excluding meals) as a result of meeting at another location, those costs previously agreed by the Company shall be shared equally for only such joint costs and all other costs incurred shall be paid by the respective party incurring the cost. At no time for any reason related to this Agreement should the Union or Company pay for the other's bargaining costs or expenses.

7. Failure of the Union to fairly and adequately represent the interests of non-dues paying members of the Collective Bargaining Unit shall constitute a violation of the Indiana Right to Work legislation and is a material breach of this agreement.

8. Non-dues paying members of the CBU are given the option to request or not request Union representation in any disciplinary action, grievance, or any other issue between the employee and Company. Unless the employee requests union representation be present, none will be requested. It is the employee's right to choose.

ARTICLE 31

## TITLES

**31.1** Titles to the Cover, Articles, sections and subsections of this Agreement are solely for the convenience of reference and shall not control the meaning, add to the meaning, or interpretation on any of the provisions of this Agreement.

ARTICLE 32

## GOVERNING LAW; VENUE

32.1 This Agreement shall be governed in all respects, including validity, interpretation and effect, by and construed in accordance with the internal laws of the State of Alabama without regard to principles of conflicts of law, except to the extent that federal law applies and preempts state law. The parties expressly consent to exclusive personal jurisdiction and venue in the federal Northern District of Alabama or State courts of Colbert County.

## ARTICLE 33

## __INTEGRATION PROVISION__

### __TA on 08/28/2012__

33.1     All prior agreements, precedents, prior practices, prior words; written or spoken, are hereby non-existent with respect to all issues associated with this agreement and proposals related hereto.

33.2 This Agreement contains the entire agreement between the parties concerning the subject matter hereof, and supersedes all prior agreements, representations and communications concerning that subject matter.   Neither party has executed this Agreement in reliance on any representations, warranties, nor statements made by the other party hereto other than those expressly set forth herein.

## ARTICLE 34

### **General Welfare**

The officers of the Union and the employees covered by this Agreement agree to use all proper, sound, and logical reasoning to better the business of the Company.

ARTICLE 35

**Governmental Compliance and Adherence**

It is agreed by all parties to this agreement to abide with and comply with all state and federal laws, rules, and regulations.

AMT provides Equal Employment Opportunities to all employees and applicants and is committed to hiring and developing the most qualified people from the available workforce. There shall be no discrimination or harassment by the Employer, the Union, or covered employees against any other parties hereto, because of race, creed, color, national origin, handicap, veteran status, sex age, sexual orientation or qualified individuals with physical or mental disabilities. There shall be no harassment, threats, abuse, intimidation, or un-wanted solicitation by the Union, union members, or covered bargaining unit employees against other non-union member employees or management.

Improper interference with the ability of AMT employees to perform their expected job duties is absolutely not tolerated.

**ARTICLE 36 – INTENTIONALLY BLANK**

ARTICLE 37

**Duration**

THIS AGREEMENT shall become effective on the date signed by the parties below and shall remain in full force and remain in effect until given 60 days notice by either party. At the end of said period and at the end of each yearly period thereafter, this agreement shall be renewed automatically for periods of one (1) year unless either party gives written notice of a desire to modify, amend or terminate same at least sixty (60) days prior to the yearly effective date of this Agreement.

This written Agreement constitutes the entire Agreement between the Company and the Union and supersedes and replaces any and all obligations, past practices, and agreements, whether written or oral, or expressed or implied between or concerning the employees and the Company. Any amendment, modifications, or addition must be reduced to writing and duly executed by the parties to be effective and verbal or unilateral actions shall not become a part of this agreement.

**IN WITNESS WHEREOF:** The parties hereto have hereunto set forth their signature:

**Advanced Metal Technologies of Indiana, Inc.**

_____
General Manager

_____
Business Manager

For the Union Members employed at AMT
**KENTUCKY LODGE 681 THROUGH ITS DISTRICT 27 OF THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO**

_____
_____
International Association of Machinists and Aerospace Workers, AFL-CIO
_____
By /s/ Billy E. Stivers, Sr.

BUSINESS REPRESENTATIVE

_____
Irwin Cutler, Esq.
Chief Negotiator for the IAM
Company position on Negotiations:

Company proposals are DRAFT proposal and are subject to modification and change, addition or deletion, at any time during or after any negotiation session. No Company DRAFT is final or agreed until a final complete agreement is prepared, agreed, finalized, and signed and dated by all parties. All prior Company positions, verbal or in writing are negotiations, proposals, drafts, suggestions, concepts, and ideas are subject to change, modification or removal or deletion. TA's, Temporary Approvals, are only a temporary effort to assist and facilitate rapid negotiations. TA's are merely more DRAFTs and are subject to the totality of any complete and final agreement and signatures of all the parties. Everything is subject to change until a final agreement is signed.